# ORIGINAL



1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate No. 08MJ0132 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO UNSEAL COMPLAINT** |
| v. | ) | **AND ARREST WARRANTS** |
| | ) | **AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), | ) | |
| aka "Lee Dog", | ) | |
| MELVIN ALEXANDER (2), | ) | |
| JOSE GALVAN RICO (3), | ) | |
| aka "Mija", | ) | |
| ELEODORO CASTILLO (4), | ) | |
| aka "Onko", | ) | |
| DAPHNE ROSALINDA JACKSON (5), | ) | |
| aka Daphne R. Rae, | ) | |
| BERNAL ANTHONY MITCHELL (6), | ) | |
| aka "Tony", | ) | |
| ALLEN MATTHEW BAKER Jr. (7), | ) | |
| aka "J.R.", aka Tracy Reyard Diggs, | ) | |
| aka Marcus Johnson, | ) | |
| MICHAEL DWAYNE TRYALS (8), | ) | |
| aka "Texas Mike", aka Michael Tryls, | ) | |
| aka Dave Brooks, aka Leon Howard | ) | |
| Blair, aka Earl David Hollis, | ) | |
| BOBBY SHAWN LOCKHART (9), | ) | |
| aka "Blue", | ) | |
| ALEXANDER WEIR IV (10), | ) | |
| aka "Brick", | ) | |
| ALEXANDER WEIR V (11), | ) | |
| aka "Lil' Brick", | ) | |
| FELIPE MEDINA (12), | ) | |
| MELVIN ANDRE BIBBS (13), | ) | |
| MARK EDWARD RUNNELS (14), | ) | |
| aka "Marky Mark", | ) | |
| | ) | |
| Defendants. | ) | |

FILED

JAN 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

2 KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney,

3 and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the

4 above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery

5 to defense counsels in the near future.

6      DATED: January 16, 2008.

7                                Respectfully submitted,

8                                KAREN P. HEWITT
                                  United States Attorney

9

10

11                               ANDREW G. SCHOPLER

12                               Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2