ORIGINAL



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　v. )<br>LEE VAUGHN WALKER (1), )<br>　　aka "Lee Dog", )<br>MELVIN ALEXANDER (2), )<br>JOSE GALVAN RICO (3), )<br>　　aka "Mija", )<br>ELEODORO CASTILLO (4), )<br>　　aka "Onko", )<br>DAPHNE ROSALINDA JACKSON (5), )<br>　　aka Daphne R. Rae, )<br>BERNAL ANTHONY MITCHELL (6), )<br>　　aka "Tony", )<br>ALLEN MATTHEW BAKER Jr. (7), )<br>　　aka "J.R.", aka Tracy Reyard Diggs, )<br>　　aka Marcus Johnson, )<br>MICHAEL DWAYNE TRYALS (8), )<br>　　aka "Texas Mike", aka Michael Tryls,)<br>　　aka Dave Brooks, aka Leon Howard )<br>　　Blair, aka Earl David Hollis, )<br>BOBBY SHAWN LOCKHART (9), )<br>　　aka "Blue", )<br>ALEXANDER WEIR IV (10), )<br>　　aka "Brick", )<br>ALEXANDER WEIR V (11), )<br>　　aka "Lil' Brick", )<br>FELIPE MEDINA (12), )<br>MELVIN ANDRE BIBBS (13), )<br>MARK EDWARD RUNNELS (14), )<br>　　aka "Marky Mark", )<br>　　　　Defendants. ) | Magistrate No. 08MJ0132<br><br>**ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |

　　Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

//

3

1     IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously
2 filed in the above-captioned matter on January 16, 2008, be unsealed.
3     IT IS SO ORDERED.
4     DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge