ORIGINAL

143 7138

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORDERED SEALED BY COURT

UNITED STATES OF AMERICA )
 )
v. )   FILED
 )   08 JAN 30 AM 8:42
Bobby Shawn LOCKHART, aka Blue )   CLERK, U.S. DISTRICT COURT
 )   SOUTHERN DISTRICT OF CALIFORNIA
 )   BY: [signature]
WARRANT ISSUED ON THE BASIS OF: )   Magistrate Case No. 08 MJ 0132
 )
__ Failure to Appear   __ Order of Court )   WARRANT FOR ARREST
__ Indictment          __ Information )
X  Complaint )

| TO: | NAME AND ADDRESS OF PERSON TO BE ARRESTED: |
|---|---|
| Any U.S. Marshal or other authorized officer | Bobby Shawn LOCKHART, aka Blue<br>4225 44th Street, #5<br>San Diego, California |

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|
| SOUTHERN DISTRICT OF CALIFORNIA | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

RECEIVED 2008 JAN 16 P 4:12
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

DESCRIPTION OF CHARGES

Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine (Ct. 1)
Conspiracy to Distribute Methamphetamine (Ct. 2)

| IN VIOLATION OF | UNITED STATES CODE TITLE(S) | SECTION(S) |
|---|---|---|
| | 21 | 841, 846 |

| BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|
| To Be Set In Court | |

| ORDERED BY | | DATE ORDERED |
|---|---|---|
| NITA L. STORMES<br>U.S. MAGISTRATE JUDGE | [signature] | 1-15-08 |
| CLERK OF COURT/U.S. MAGISTRATE JUDGE | BY | DATE ISSUED |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE

DATE EXECUTED

DATE ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL, S/CA

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

FBI 3580