FILED

JAN 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _R.Rhone_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08MJ132 |
| Plaintiff, ) | |
| v. ) | **DETENTION ORDER** |
| ) | |
| **BOBBY SHAWN LOCKHART**, ) | |
| ) | |
| Defendant. ) | |

A.  **Order For Detention**
    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.  **Statement of Reasons For The Detention**
    The Court orders the defendant's detention because it finds:
    __✓__ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
    _____ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C.  **Finding Of Fact**
    The Court's findings are based on the evidence which was presented to Court and that which was contained in the pretrial Services report, and includes the following:
    __✓__ (1) Nature and circumstances of the offense charged:
    __X__ (a) The offense charged is:

    **21 USC 846, 841 (a)(1)**

    _____ (b) The offense is a crime of violence.
    __✓__ (c) The offense involves a narcotic drug.
    __✓__ (d) The offense involves a large amount of controlled substances, to wit: _conspiracy to distribute 50 grams and more of [illegible]_
    __✓__ (2) The weight of the evidence against the defendant is strong.
    _____ (3) The history and characteristics of the defendant including:
        (a) General Factors:
            _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

[handwritten margin notes: "a mixture and substance containing detectable amount of... but if for it... and 500 grams and more of"]

1

07MJ132

```
___✓___  The defendant has no family ties in the area.
___✓___  The defendant has no steady employment.
_____  The defendant has no substantial financial resources.
_____  The defendant is not a long time resident of the community.
_____  The defendant does not have any significant community ties.
___✓___  Past conduct of the defendant: _lengthy criminal_
          _history over a 11 year period_

___✓___  The defendant has a history relating to drug abuse.
___✓___  The defendant has a history relating to alcohol abuse.
___✓___  The defendant has a significant prior criminal record.
___✓___  The defendant has a prior record of failure to appear at court
          proceedings.
```

(b) Whether the defendant was on probation, parole, or release by a court:
At the time of the current arrest, the defendant was on:
```
___✓___  Probation
_____  Parole
_____  Release pending trial, sentence, appeal or completion of sentence.
```

(c) Other Factors:
```
_____  The defendant is an illegal alien and is subject to deportation.
_____  The defendant is a legal alien and will be subject to deportation
          if convicted.
___✓___  Other: _Numerous revocations of probation._
```

_____ (4) The nature and seriousness of the danger posed by the defendant's release are as follows: _____

___✓___ (5) Rebuttable Presumptions
In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e) which the Court finds the defendant has not rebutted:

_____  a.  That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:
```
      _____ (A) A crime of violence; or
      _____ (B) An offense for which the maximum penalty is life imprisonment
                  or death; or
      _____ (C) A controlled substance violation which has a maximum penalty
                  of 10 years or more; or
      _____ (D) A felony after the defendant had
                  been convicted of two or more
                  prior offenses described in (A)
                  through (C) above, and the
                  defendant has a prior conviction
                  for one of the crimes mentioned
                  in (A) through (C) above which is
                  less than five years old and which
                  was committed while the
                  defendant was on pretrial release.
```
___✓___  b.  That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that

there is probable cause to believe:

\_\_✓\_\_ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

_____ (B) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D. <u>Additional Directives</u>
Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
   The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
   The defendant be afforded reasonable opportunity for private consultation with counsel; and,
   That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

   This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail.

Dated: <u>JANUARY 29, 2008</u>

JAN M. ADLER
**United States Magistrate Judge**